UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD M. VON DER SCHMIDT and
KEANNA NGO,

                Plaintiffs,

         -v.-

MORGAN STANLEY, DENISE MCCOOL,
and MATTHREW HORNBACH,

                Defendants.

22 Civ. 8198 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephone conference regarding Defendants' joint motion to compel and motion to dismiss on **July 20, 2023**, **at 11:00 a.m.** The dial-in information is as follows: At **11:00 a.m.** the parties shall call **(888) 363-4749** and enter access code **5123533**.

Please note, the conference will not be available prior to 11:00 a.m.

     SO ORDERED.

Dated:  July 10, 2023
         New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge