UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD M. VON DER SCHMIDT and KEANNA NGO,<br><br>        Plaintiffs,<br><br>      -v.-<br><br>MORGAN STANLEY, DENISE MCCOOL, and MATTHEW HORNBACH,<br><br>        Defendants. | 22 Civ. 8198 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated on the record at today's conference, Defendants' motion to compel arbitration as to Mr. von der Schmidt is GRANTED and motion to dismiss as to Ms. Ngo is GRANTED. Ms. Ngo's claims are dismissed with prejudice. Additionally, this matter is hereby STAYED pending arbitration. Plaintiff von der Schmidt is directed to file a letter apprising the Court of that status of that arbitration on or before **September 28, 2023**.

  The Clerk of Court is directed to terminate the pending motion at docket entry 24 and to terminate Ms. Ngo from the docket.

  SO ORDERED.

Dated: July 20, 2023
     New York, New York

                      *Katherine Polk Failla*
                   KATHERINE POLK FAILLA
                   United States District Judge